UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GTY TECHNOLOGY HOLDINGS INC., :
GTY GOVTECH, INC., STEPHEN J.
ROHLEDER and HARRY L. YOU, :

                    Plaintiffs, : 18 Civ. 10854 (LTS-RWL)

      v. :

OPENGOV, INC., :

                    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and Defendant not having served an answer or motion for summary judgment, Plaintiffs hereby dismiss the above-captioned action in its entirety with prejudice.

Dated: New York, New York
       March 9, 2020

                                              /s/ Scott D. Musoff
                                              Scott D. Musoff
                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                              One Manhattan West
                                              New York, New York 10001
                                              (212) 735-3000
                                              scott.musoff@skadden.com

                                              -- and --

                                              James R. Carroll *(pro hac vice)*
                                              Christopher G. Clark
                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                              500 Boylston Street
                                              Boston, Massachusetts 02116
                                              (617) 573-4800

                                              *Counsel for Plaintiffs*
                                              *GTY Technology Holdings Inc.,*
                                              *GTY Govtech, Inc, Stephen J. Rohleder*
                                              *and Harry L. You*